Argued and submitted July 1, reversed and remanded for reconsideration
July 31, 1991

In the Matter of the Compensation of
Wendi S. Briggs, Claimant.
KAISER HEALTH PLAN,
*Petitioner,*

*v.*

Wendi S. BRIGGS,
*Respondent.*

(88-13176; CA A66934)

813 P2d 85

Craig A. Staples, Portland, argued the cause for petitioner. With him on the brief was Roberts, Reinisch, Mackenzie, Healey & Wilson, P.C., Portland.

David C. Force, Portland, argued the cause for respondent. With him on the brief was Vick & Gutzler, Portland.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991), and *Liberty Northwest Insurance Corp. v. Damm,* 107 Or App 764, 812 P2d 854 (1991).

---

* Joseph, C. J., *vice* Newman, J.